OCTOBER 15, 1956.

No. 1. THOMPSON *v.* COASTAL OIL CO.

Argued January 24, 1956.

---

*[For opinions in this case, see *ante,* p. 1 *et seq.*]

Reargued October 8, 1956.    Decided October 15, 1956.

*Per Curiam:* The judgment of the United States Court of Appeals for the Third Circuit is reversed and the judgment of the United States District Court for the District of New Jersey is reinstated.    MR. JUSTICE HARLAN concurs in the result, but would have preferred to remand the case to the Court of Appeals for determination as to whether the District Court properly found the vessel unseaworthy.    MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, MR. JUSTICE BURTON, and MR. JUSTICE MINTON dissent.

*Charles A. Ellis* argued the cause for petitioner on the original argument.    With him on the brief was *Silas Blake Axtell. Silas Blake Axtell* reargued the cause for petitioner.    With him on the brief was *Charles A. Ellis. Michael E. Hanrahan* argued and reargued the cause and filed briefs for respondent.